United States District Court
Southern District of Texas
**ENTERED**
May 23, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

No. 3:21-CV-0311

BOBBY WAYNE JAMES, # 87748, PLAINTIFF,

v.

BRAZORIA COUNTY, DEFENDANT.

## ORDER OF DISMISSAL

JEFFREY VINCENT BROWN, UNITED STATES DISTRICT JUDGE:

Bobby Wayne James filed this civil-rights action on October 22, 2021, when detained in the Brazoria County Detention Center. The court granted James's motion to proceed *in forma pauperis* and assessed an initial fee of $8.00. The order instructed James that he was required to notify the court in writing of any address change and warned that his failure to comply could result in dismissal of this case for want of prosecution. Dkt. 7, at 3.

On April 25, 2022, the Brazoria County Sheriff's Office informed the court that, as of April 18, 2022, James is no longer in the custody of Brazoria County officials. James has failed to submit an address change with the court, as previously instructed.

Under the inherent powers necessarily vested in a district court to manage its own affairs, the court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Gates v. Strain*, 885 F.3d 874 (5th Cir. 2018); *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440–41 (5th Cir. 2016) (a district court may dismiss an action *sua sponte* for failure to prosecute an action or to comply with court orders). However, relief from this order may be granted if the plaintiff makes a proper showing under Rule 60(b) of the Federal Rules of Civil Procedure.

The court orders that this case is dismissed without prejudice. All pending motions, if any, are denied as moot.

The Clerk will provide a copy of this order to the parties.

Signed on Galveston Island this  23rd  day of   May              , 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE